Case 4:22-cr-00220   Document 1   Filed on 05/10/22 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
**FILED**
*May 10, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § § |
| JOSHUA GUADALUPE MAGANA, Defendant. | § § § § | CRIMINAL NO. **4:22-cr-220** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about June 4, 2019, in the Houston Division of the Southern District of Texas, the defendant,

JOSHUA GUADALUPE MAGANA,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely a telephone communication to the Federal Bureau of Investigation threatening to "blow up the White House", in violation of 18 U.S.C. § 875(c).

### COUNT TWO

On or about December 15, 2021, in the Houston Division of the Southern District of Texas, the defendant,

JOSHUA GUADALUPE MAGANA,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely an email to the White House threatening to "Bomb the White House", in violation of 18 U.S.C. § 875(c).

1

## COUNT THREE

On or about February 27, 2022, in the Houston Division of the Southern District of Texas, the defendant,

JOSHUA GUADALUPE MAGANA,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, namely an email to the White House threatening to "Bomb the White House", in violation of 18 U.S.C. § 875(c).

A TRUE BILL:

_____
**FOREPERSON OF THE GRAND JURY**

**JENNIFER B. LOWERY**
**UNITED STATES ATTORNEY**

**Heather Winter**
**Assistant United States Attorney**