USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:22-cr-220**

**HOUSTON DIVISION**

USAO Number: 2022R00610

Magistrate Number:

Criminal Indictment

United States Courts
Southern District of Texas
FILED

Filed *May 10, 2022* Judge:

Nathan Ochsner, Clerk of Court

**UNITED STATES of AMERICA**

vs.

**JOSEPH GUADALUPE MAGANA**

**ATTORNEYS:**

| | | |
|---|---|---|
| **Jennifer B. Lowery, USA** | | **(713) 567-9000** |
| Heather Winter, AUSA | | (713) 567-9000 |
| | Appt'd | Private |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 3 )

Cts. 1-3: Interstate Communications [18 U.S.C. § 875(c) ]

**PENALTY:** Cts. 1-3: Not more than 5 years in prison, not more than a $250,000 fine, and not more than 3 years SRT.

☐ In Jail

☐ On Bond

XX No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**